Case 1:05-cr-00044-SPM-AK   Document 23   Filed 03/27/06   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                      CASE NO.: 1:05cr44-SPM

CARL PETER JONES,

      Defendant.
_____/

## ORDER ON FORENSIC REPORT

THIS CAUSE came before the Court for review of the forensic report of Defendant's psychological evaluation conducted pursuant to 18 U.S.C. § 4247. In the report, the psychologist provides a detailed summary of his evaluation of Defendant, an explanation for Defendant's aberrant behavior which triggered the evaluation, and concludes that Defendant is competent to stand trial. Having carefully reviewed the report, the Court agrees with this conclusion and makes a preliminary finding that all reasonable doubts have been dispelled as to Defendant's competency to stand trial.

If either party, however, still has reason to question Defendant's competency to stand trial, within 10 days of the date of this order the party shall file a motion requesting a competency hearing. If no such motion is filed, the clerk shall refer this case to the undersigned judge for issuance of an order of

competency without a hearing.  See <u>Cheely v. United States</u>, 367 F.2d 547, 548-49 (5th Cir. 1966); <u>United States v. Jones</u>, 23 F.3d 1307, 1309 (8th Cir. 1994).

SO ORDERED this 27th day of March, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge