IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                                  CASE NO.: 1:05cr44-SPM

CARL PETER JONES,

       Defendant.
_____/

## ORDER OF COMPETENCY

The parties have had an opportunity to review the forensic report (doc. 24) and request a competency hearing if they still had reason to question Defendant's competency to stand trial. No such request has been filed. Upon its own review, the Court finds all reasonable doubts have been dispelled as to Defendant's competency to stand trial. Whereupon, it is

ORDERED AND ADJUDGED that Defendant Carl Peter Jones is competent to stand trial.

DONE AND ORDERED this 19th day of July, 2006 *nunc pro tunc* April 7, 2006.

                                                 *s/ Stephan P. Mickle*
                                                 Stephan P. Mickle
                                                 United States District Judge