IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                    CASE NO.: 1:05cr44-SPM/AK

CARL PETER JONES,

       Defendant.
_____/

## ORDER CONTINUING TRIAL

This cause comes before the Court for consideration of Defendant's Unopposed Motion to Continue (doc. 44).  Defendant requests a continuance of trial for approximately 90 days.  As grounds, Defendant states that additional time is needed to investigate the circumstances surrounding this case and to locate and interview potential witnesses.  The Government does not oppose.

A refusal to grant a continuance in these circumstances would deny Defendant reasonable time for effective trial preparation.  18 U.S.C. § 3161(h)(8)(B)(iv).  The ends of justice served by continuing trial outweigh the best interests of the public and Defendant in a speedy trial.  Accordingly, it is

ORDERED AND ADJUDGED:

    1.    The Unopposed Motion to Continue (doc. 44) is granted.

2.     Trial is continued to November 7 , 2006.

DONE AND ORDERED this 26th day of July, 2006.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge