IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 1:05cr44-SPM

CARL PETER JONES,

      Defendant.
_____/

## ORDER ON DEFENDANT'S LETTER DATED JUNE 21, 2006

      This cause comes before the Court for consideration of the letter (doc. 47) filed by Defendant Carl Peter Jones containing an affidavit of bias or prejudice. The Court will take no action on the letter in accordance with Northern District of Florida Local Rule 7.1(F) and 11.1(D), and the Court's previous ruling that Defendant cannot proceed pro se without first making a valid waiver of counsel.

      SO ORDERED this 3rd day of August, 2006.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge