IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.	CASE NO.: 1:05cr44-SPM/AK

CARL PETER JONES,
        Defendant.
_____/

## ORDER CONTINUING SENTENCING HEARING

The Court has been advised by David Wilson, attorney for Defendant, that Mr. Wilson has been hospitalized following an emergency appendectomy. It is unclear when Mr. Wilson will be discharged from the hospital. Based on the foregoing, it is

ORDERED AND ADJUDGED that Defendant Carl Peter Jones's sentencing hearing is continued to 1:30 p.m., June 4, 2007, at the United States Courthouse in Gainesville, Florida.

DONE AND ORDERED this 30th day of April, 2007.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge