IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                        CASE NO.: 1:05cr44-SPM/AK

CARL PETER JONES,
        Defendant.
_____/

### ORDER CONTINUING SENTENCING HEARING

Upon consideration, Defendant's Motion to Continue Sentencing (doc. 131) is granted.  The sentencing hearing is reset for 1:30 p.m., July 2, 2007, at the United States Courthouse in Gainesville, Florida.

DONE AND ORDERED this 30th day of May, 2007.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge