IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                           CASE NO.: 1:05cr44-SPM

CARL PETER JONES,

     Defendant.
_____/

## ORDER RESTRICTING PRO SE FILING

Defendant Carl Peter Jones submitted to the Court a copy of a letter he wrote to the Atlanta Federal Detention Center. Doc. 166. Defendant has already been advised that the filing of such letters is prohibited by local rule 7.1(F). See docs. 50, 79, and 159. Moreover, Defendant has no legitimate reason for filing the letter in this case, as there are no pending matters. Defendant had a jury trial, he was found guilty, and he was sentenced. This case is currently on direct appeal to the Eleventh Circuit Court of Appeals, case number 07-13079-G. Defendant is represented by an attorney on appeal. If there are any matters that this Court must address related to the appeal, Defendant's attorney will file an appropriate motion. Defendant himself,

however, cannot be heard in proper person under local rule 11.1(D).

Accordingly, it is

>ORDERED AND ADJUDGED:

>1. The Court will take no action on the letter (doc. 166).

>2. The clerk of court shall return to Defendant Carl Peter Jones all

further filings in proper person in this case until the Eleventh Circuit Court of

Appeals issues its mandate.

>DONE AND ORDERED this 30th day of August, 2007.

>*s/ Stephan P. Mickle*
>Stephan P. Mickle
>United States District Judge

CASE NO.: 1:05cr44-SPM