IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                                       CASE NO. 1:05cr44-SPM/AK

CARL PETER JONES,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon the Magistrate Judge's report and recommendation (doc. 197) dated January 19, 2010. Defendant was furnished a copy, and has filed objections (doc. 198), which include a request for a further extension of time to file an amended § 2255 motion.

Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation should be adopted. By order dated June 1, 2009 (doc. 187), Defendant was directed to file an amended § 2255 motion. As of yet, Defendant has not filed an amended motion. Instead, Defendant expended his resources complaining about prison officials.

Defendant is not entitled to transcripts to prepare a § 2255 motion.

Campbell v. United States, 538 F.2d 692, 693 (5th Cir. 1976).  Defendant has not demonstrated that the actions of prison officials or the Court have prevented him from filing an amended § 2255 motion as ordered.  Accordingly, it is

ORDERED AND ADJUDGED:

1.	The report and recommendation (doc. 197) is adopted and incorporated by reference in this order.

2.	The § 2255 motion to vacate (doc. 186) is denied for failure to prosecute and failure to obey a court order.

DONE AND ORDERED this 12th day of February, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge